JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV17-404 JVS (JCGx)<br>**SACV17-405 JVS (JCGx)**<br>SACV17-406 JVS (JCGx)<br>SACV17-407 JVS (JCGx)<br>SACV17-408 JVS (JCGx) | Date | May 17, 2017 |
| Title | Broadcom Corporation v. LG Electronics Inc.,<br>**Broadcom Corp. v. MediaTek, Inc.,**<br>Broadcom Corporation v. MStar Semiconductor Inc.,<br>Broadcom Corporation v. Sigma Designs, Inc.,<br>Broadcom Corporation v. Vizio Inc., | | |

Present: The Honorable    James V. Selna

Karla J. Tunis                                   Not Present
Deputy Clerk                                    Court Reporter

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
Not Present                                     Not Present

**Proceedings:    (In Chambers)    ORDER REMOVING ACTION FROM ACTIVE CASELOAD AND DIRECTING THE PARTIES TO FILE STATUS REPORTS**

This Court, having stayed the above action pending final determination of the U.S. International Trade Commission regarding Inv. No. 337-TA-1047, hereby removes the action from the active caseload to be reinstated upon application of the parties, to be submitted within 7 days of a final ruling.

In order to permit the Court to monitor this action, the Court hereby orders counsel to file a joint status report not later than July 28, 2017.   Successive reports shall be filed every ninety (90) days thereafter.  Each report must indicate the date on which the next report is due.

: 00

Initials of Preparer    kjt